**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY<br>1000 Independence Ave., S.W.<br>Washington, DC 20585,    and<br><br>U.S. DEPARTMENT OF STATE<br>2201 C Street, N.W.<br>Washington, DC 20520,<br><br>    Defendants. | Civil Action No. 18-1173<br>ECF |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff, the Center for Public Integrity ("the Center"), brings this action for declaratory and injunctive relief, alleging as follows:

**Nature of Action**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the production of certain agency records related to performance evaluations at nuclear weapons sites.

**Jurisdiction and Venue**

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B), 28 U.S.C. § 1331, and 28 U.S.C. § 2201(a).

3. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## Parties

4. Plaintiff, Center for Public Integrity, is a District of Columbia corporation, a tax-exempt public charity and a nonprofit, nonpartisan, non-advocacy, independent journalism organization based in Washington, D.C. The Center's mission is "[t]o serve democracy by revealing abuses of power, corruption and betrayal of public trust by powerful public and private institutions, using the tools of investigative journalism." "About The Center for Public Integrity," http://www.publicintegrity.org/about. Plaintiff is the requester of the withheld records.

5. Defendant U.S. Department of Energy ("DOE") is an agency of the United States. Defendant DOE has possession of and control over records that Plaintiff seeks.

6. Defendant U.S. Department of State ("State Department," or "State") is an agency of the United States. Defendant State Department has possession of and control over records that Plaintiffs seek.

## Plaintiff's Freedom of Information Request

7. On September 21, 2017, Plaintiff requested from Defendant DOE "[a]ll reports produced by national laboratories for consideration in the upcoming Nuclear Posture Review."

8. On May 14, 2018, DOE issued a partial determination concerning Plaintiff's request. DOE notified Plaintiff that it had located 17 documents responsive to the request and was withholding document 17 in its entirety pursuant to Exemption 5 of the FOIA (5 U.S.C. § 552(b)(5)).

9. Also on May 14, 2018, DOE notified Plaintiff that it was referring the other 16 documents, amounting to 250 pages, to Defendant U.S. Department of State "for their review and release determination." DOE did not state that any of these documents originated with State

but rather that they "contain information which may have an adverse impact on United States diplomatic relations."

10. In recent years, the State Department's average processing time for "complex" FOIA requests has exceeded two years. See https://foia.state.gov/Learn/Reports.aspx.

11. DOE's referral of Plaintiff's request to State was not reasonable under the circumstances and, absent judicial review, was likely to result in the withholding of records from Plaintiff for additional months or years.

12. Neither Defendant DOE nor Defendant State has produced any records responsive to Plaintiff's request. They have not issued a final determination upon Plaintiff's request.

13. Plaintiff submitted its request more than 7 months ago. Since more than 20 working days have passed since Defendant DOE received Plaintiff's request, Plaintiff has exhausted all applicable administrative remedies.

14. Plaintiff has a statutory right to the requested records, and there is no legal basis for Defendants' failure to make them available to Plaintiff.

## Demand for Relief

WHEREFORE, Plaintiff requests that this Court:

1. Declare that Defendants' failure to disclose the records requested by Plaintiff is unlawful;

2. Order Defendants to make the requested records available to Plaintiff;

3. Award Plaintiff its costs and reasonable attorneys' fees in this action; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/S/

Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

Attorney for Plaintiff

4