~~OFFICIAL USE ONLY~~

# The Future of the Nuclear Stockpile

A Nuclear Posture Review Background Paper prepared by the NNSA National Laboratories



~~OFFICIAL USE ONLY~~
May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption number and category: 5, Privileged Information.
Department of Energy review required prior to public release.
Name/Org: (b)(6)
Date: March 20, 2017
Guidance: n/a



~~OFFICIAL USE ONLY~~ May be exempt from public release under the Freedom of Information Act (5 U.S.C. 552), exemption and category: 5, Privileged Information & 6, Personal Privacy Department of Energy review required prior to public release. Name/Org: (b)(6)
Date: January 31, 2018 Guidance: n/a

March 2017

This paper was prepared as background reading for officials participating in the 2017 Nuclear Posture Review (NPR). It was produced by an informal study group consisting of technical experts from the three NNSA national laboratories and is one of a set of such background papers on topics of likely importance to the 2017 NPR where the technical expertise of the NNSA national laboratories is relevant. This paper does not provide policy recommendations. As an unclassified background paper, it is intended to help frame key issues, assemble relevant background information, and sketch out alternative pathways forward. A more comprehensive discussion of these issues at the classified level would be beneficial. The views expressed here are those of the study group only and do not represent official positions of the NNSA national laboratories as institutions, nor of any particular individual participant in the study group.

For more information, please contact:
(b)(6)

~~OFFICIAL USE ONLY~~



Los Alamos NATIONAL LABORATORY     Lawrence Livermore National Laboratory     Sandia National Laboratories

18-LR-0064 (P. Malone)/NNSA/REFERRAL/020

~~OFFICIAL USE ONLY~~

~~OFFICIAL USE ONLY~~

18-LR-0064 (P. Malone)/NNSA/REFERRAL/021

OFFICIAL USE ONLY

# The Future of the Nuclear Stockpile

## Introduction

The U.S. nuclear arsenal consists of nuclear warheads (for intercontinental ballistic missiles [ICBMs], submarine-launched ballistic missiles [SLBMs], and the cruise missile) and nuclear bombs (for heavy bombers and fighter bombers) (b)(5)

(b)(5)

(b)(5) Following the bipartisan advice of the Strategic Posture Commission, in 2009 the administration put in place a program to sustain the existing arsenal of weapons through life extension programs, a process that will take two decades to complete. It also continued the policies of the prior two administrations to maintain the moratorium on underground nuclear explosive testing of warheads. To determine the capabilities and capacities needed to support stockpile sustainment over the long term, the administration also set out a long-term vision of the needed future stockpile. (b)(5)

(b)(5)

## Background

The Nuclear Posture Reviews of 1994 and 2001 did not need to give significant attention to a long-term vision of the U.S. nuclear stockpile. In 1994, the stockpile was still quite modern, much of it having been produced during the 1980s as part of the Reagan administration's nuclear

OFFICIAL USE ONLY

1

18-LR-0064 (P. Malone)/NNSA/REFERRAL/022

modernization program. Accordingly, in 1994, policymakers focused on how to reduce the large arsenals of U.S. and Soviet/Russian weapons inherited from the Cold War, while also hedging against a possible renewal of strategic competition with Moscow. The Clinton administration focused on reducing both numbers and types of weapons and oversaw a significant dismantlement program.

In 2001, the high-level political focus was again on reducing the role of nuclear weapons in U.S. security strategy, in the context of an increased role for defenses (primarily, but not exclusively ballistic missile defenses). The stockpile was further reduced as a result of unilateral action by the United States and also in the context of bilateral reductions with Russia. The George W. Bush administration also put an emphasis on hedging, but made a stronger point than the Clinton administration of shifting over time to increasing reliance on an agile, responsive infrastructure that could generate new capabilities in a timely manner on the basis of strategic warning. In its first term, the Bush administration tried but failed to gain congressional support for a Robust Nuclear Earth Penetrator warhead (following on Clinton administration efforts to field an improved capability to put at risk hard and deeply buried targets). In its second term, the Bush administration undertook to begin the replacement of aging weapons with replacements with comparable military characteristics in the form of the Reliable Replacement Warhead, and in support of a long-term vision of a stockpile that would have high reliability and long shelf life. This too failed to gain congressional support.

In 2008, Congress formed a bipartisan commission, with former Secretaries of Defense William Perry serving as chair and James Schlesinger as vice chair, to offer advice to Congress and the new administration on U.S. nuclear strategy. Among its recommendations was sustainment of the existing arsenal of nuclear weapons through life extension programs. It provided a long-term vision of a stockpile that would remain safe, secure, and reliable but would not necessarily include supplemental or new capabilities. The Obama administration accepted this recommendation, which has had a level of bipartisan political support in Congress enabling the needed investments in the early priority life extension programs. The military has supported the plan on the basis of an assessment that it provides the capabilities needed to meet military requirements.

The Obama administration also committed to the modernization of the nuclear weapons complex. Infrastructure modernization must be guided by an understanding of the specific capabilities and capacities associated with the long-term life extension program. Accordingly, the Nuclear Weapons Council (the body that ensures effective cooperation between the Department of Energy and Department of Defense) set out to create a long-term vision of the needed U.S. stockpile. That vision is informed by a number of factors.

- The overall size of the stockpile is a function of the historical commitment to maintain nuclear forces that are second to none. Practically, that has meant that the United States would maintain a strategic force based on the principle of parity with Russia.
- The overall mix of capabilities in the stockpile is a function of military requirements. These are set by the Department of Defense following written instructions from the President about nuclear employment planning.

OFFICIAL USE ONLY

- The size and mix of capabilities are also functions of decisions about how to hedge against geopolitical and technical surprise. How much risk to accept in the characteristics of the hedge is a major factor for each administration.

The 3+2 stockpile assumes that the United States will maintain the triad of delivery systems, and the forward-deployable dual-capable fighter-bombers, for the foreseeable future as the optimum way to maintain strategic stability. It assumes that the United States will accept some but not a great deal of risk in the hedge, (b)(5)

(b)(5)

(b)(5) Based on this vision, the Nuclear Weapons Council has developed and endorsed a long-term plan for synchronizing warheads with delivery systems (to ensure there are no capability gaps in the stockpile), for leveling workloads (to ensure efficient use of available resources), and for investing in the needed infrastructure (to ensure the necessary industrial facilities and skills and expertise are available).

This short background paper on the future nuclear stockpile cannot treat each of these variables at length. A separate background paper has been written on hedge strategy and posture. The question of whether to maintain the Triad is beyond the scope of our analysis. In the following analysis, this paper focuses instead on two key factors. First, from a technical perspective, what warhead features and associated military capabilities may be seen as necessary and useful in the stockpile? Second, from a technical perspective, what might change in the security environment imply for desired features and capabilities? The paper then turns to a discussion of alternatives to the 3+2 stockpile.

This paper does not consider the stockpile modernization pathways that would align with alternative visions of the future stockpile. This is the focus of a separate paper. Although the topics are closely related, they are also sufficiently distinct to warrant separate treatment. The stockpile modernization paper takes a comprehensive approach to the factors and policy issues governing the business of sustaining and modernizing U.S. nuclear weapons.

**Necessary and Useful Stockpile Characteristics**

This paper explores four key characteristics: effectiveness, surety, flexibility, and responsiveness. In each case, it is possible to identify emerging trends and factors that will affect decisions about whether existing military capabilities meet requirements.

*Effectiveness*

(b)(5)



~~OFFICIAL USE ONLY~~

(b)(5)

### Surety

Surety[1] is a term encompassing materiel, personnel, and procedures as they bear on the security, safety, and reliability[2] of nuclear weapons.[3] Surety in nuclear weapon design impacts dimensions, mass, weight, materials and other parameters of the weapon itself. It contributes to

---

[1] Joint Publication 1-02, Department of Defense Dictionary of Military and Associated Terms, (8 November 2010; as amended through 31 January 2011), pg. 264; http://www.people.mil/Portals/56/Documents/rtm/jp1_02.pdf (accessed October 31, 2016).

[2] Note that reliability is not included in the DOE definition of surety but is included in the DoD definition, which will be used herein; and, use control will not be discussed for classification reasons.

[3] Surety requirements for nuclear weapons are defined in the 452 series of DOE Orders as well as DoD 3150.02. Military Characteristics for weapon design safety are derived from DOE O 452.2 and DoD Manual 3150.02. Elements of security requirements can be found in DOE O 452.4 and DoD Directive S-5210.81.

multiple functional architectures (weapon performance, security architecture, and safety architecture—some or all of which can be combined). And it affects fit via communication needs across the delivery system and warhead or bomb interfaces.

The surety of the U.S. nuclear arsenal has been a high priority for every American president, especially after 9/11, and with the rising specter of nuclear terrorism. The 3+2 stockpile meets the highest surety standards with available technologies. But every administration must concern itself with what surety standards are sufficient.

## *Flexibility*

Flexibility is a measure of the ability to adapt a stockpile over time to new requirements. A flexible stockpile is one that can support new future functions by quickly adding new attributes, growing in size, or altering types. It draws in part on the use of interchangeable parts. It may also help to extend service life.

(b)(5)



(b)(5)

### *Responsiveness*

Responsiveness is a function of the design and production infrastructure, not of the stockpile per se. In recent years, responsiveness has emerged as a key policy concern. The National Defense Authorization Act for FY16, Section 3112, calls on DOE/NNSA to establish a Stockpile Responsiveness Program (SRP)[4] "to identify, sustain, enhance, integrate, and continually exercise all capabilities required to conceptualize, study, design, develop, engineer, certify, produce, and deploy nuclear weapons." The SRP's assigned objectives include the following:

(b)(5)

This law essentially integrates and strengthens existing approaches to stockpile stewardship and sustainment. Renewed efforts are needed to streamline logistics and operational processes, ensure efficiency, and consider flexible opportunities and the readiness to use them. A

(b)(5)

---

[4] 50 U.S. Code § 2538b – Stockpile responsiveness program.

(b)(5)

6   ~~OFFICIAL USE ONLY~~

Los Alamos NATIONAL LABORATORY    Lawrence Livermore National Laboratory

18-LR-0064 (P. Malone)/NNSA/REFERRAL/027

~~OFFICIAL USE ONLY~~

## The Changing Security Environment and Technical Stockpile Requirements

Other background papers prepared by this study group explore the ways in which potential U.S. adversaries armed with nuclear weapons are developing strategies to counter U.S. influence and escalation control, with a primary focus on regional conflicts against a U.S.-led coalition. These developments may have an impact on U.S. assessments of the effectiveness of its existing nuclear forces. Some or all of these factors may lead to renewed consideration of whether the mix of U.S. nuclear capabilities reflected in the 3+2 stockpile will be acceptable and sufficient in light of emerging circumstances, or whether alternatives are preferred or necessary.

Key factors include the following:

(b)(5)

## 2017 Stockpile Options

In sum, U.S. leaders must design a stockpile that meets military and other requirements in light of changing circumstances. They must choose what capabilities to prioritize and what risks to accept. The 3+2 stockpile represents one such set of choices. (b)(5)

(b)(5)



OFFICIAL USE ONLY

(b)(5)



OFFICIAL USE ONLY

18-LR-0064 (P. Malone)/NNSA/REFERRAL/029

~~OFFICIAL USE ONLY~~

(b)(5)



~~OFFICIAL USE ONLY~~

9

18-LR-0064 (P. Malone)/NNSA/REFERRAL/030

(b)(5)





(b)(5)

OFFICIAL USE ONLY

(b)(5)

(b)(5)

12

OFFICIAL USE ONLY

Los Alamos NATIONAL LABORATORY    Lawrence Livermore National Laboratory    Sandia National Laboratories

18-LR-0064 (P. Malone)/NNSA/REFERRAL/033

OFFICIAL USE ONLY

(b)(5)



OFFICIAL USE ONLY

13

18-LR-0064 (P. Malone)/NNSA/REFERRAL/034

~~OFFICIAL USE ONLY~~

(b)(5)

(b)(5)　　　　　　　　　(b)(5)

(b)(5)

14　　　　　　　　　　　　　　　　　　　　　　　~~OFFICIAL USE ONLY~~

18-LR-0064 (P. Malone)/NNSA/REFERRAL/035

OFFICIAL USE ONLY

(b)(5)

(b)(5)

(b)(5)

~~OFFICIAL USE ONLY~~

(b)(5)

(b)(5)

(b)(5)

16  ~~OFFICIAL USE ONLY~~

18-LR-0064 (P. Malone)/NNSA/REFERRAL/037

OFFICIAL USE ONLY



(b)(5)

###

OFFICIAL USE ONLY

17